UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| Antoinette Hardges, | ) | Case No.  15-44238-659 |
| | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |

**Notice of Corrected or Undeliverable Address**

    Pursuant to L.R. 9060 D., the undersigned has attempted to make service on the following entity and, after reasonable efforts to identify a corrected address, reports:

_____ The address below is undeliverable:
   Name:    Antoinette Hardges
   Address:   2630 Narraganset Dr.
   City/State:  Florissant, MO
   Zip:     63033

 X   The corrected address for the entity identified above is:
   Name:    Antoinette Hardges
   Address:   14503 Pettycoat Lane
   City/State:  Florissant, MO
   Zip:     63034

_____Despite a reasonable effort in accordance with L.R. 9060 D., the undersigned has not been able to locate a correct address for the entity identified above.

The undersigned hereby certifies that this form is not being submitted for the purpose of updating an address that was accurate at the time the petition was filed in this case, or that has previously been updated in this case.

                Respectfully Submitted
                THE BANKRUPTCY COMPANY

                ***/s/ David N Gunn***
                David N. Gunn, #54880MO
                2025 S Brentwood Blvd., Ste. 206
                St. Louis, MO 63144
                Tel:  314-961-9822
                Fax:  314-961-9825
                generalmail@thebkco.com